IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GARY W. THOMPSON,**

    Plaintiff,

vs.                                       CASE NO. 3:11-cv-100-RS-EMT

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

    Defendant.
_____/

## ORDER

Before me is the Report of Mediator (Doc. 17). Pursuant to N.D. Fla. Loc. R. 16.2(D),

**IT IS ORDERED**:

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on August 18, 2011.

                                            **/s/ Richard Smoak**
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE